# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **STERETT HEAVY HAULING, LLC** | : | **CASE NO.** _____ |
| **P. O. BOX 22065** | : | |
| **OWENSBORO, KY 42304,** | : | |
| | : | **Judge** _____ |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | |
| **2G ENERGY, INC.** | : | |
| **ATTN: Daniel Jones, CEO** | : | **COMPLAINT FOR MONEY** |
| **205 Commercial Drive** | : | **DAMAGES** |
| **St. Augustine, FL 32092,** | : | |
| | : | |
| ALSO SERVE: | : | |
| **Smith, Gambrell & Russell, LLP,** | : | |
| **Registered Agent** | : | |
| **50 North Laura Street** | : | |
| **Suite 2600** | : | |
| **Jacksonville, FL 32202,** | : | |
| | : | |
| **Defendant.** | : | |

Comes now the Plaintiff, Sterett Heavy Hauling, LLC, by and through counsel, and for its Complaint against the Defendant, 2G Energy, Inc., states as follows:

## PARTIES, JURISDICTION, AND VENUE

1.   Sterett Heavy Hauling, LLC, ("Sterett") is an Indiana limited liability company with its principal place of business located at 25 Booth Field Rd, Owensboro, KY 42301.

2.   Sterett's members consist of: (a) Sterett Construction Company, Inc., which is a Kentucky corporation having its principal office located in Kentucky; (b) William L. Sterett, III, who is a Kentucky resident; (c) William L. Sterett, IV, who is a Kentucky resident; (d) Maxwell Braden Sterett, who is a Kentucky resident; and (e) the Estate of Issac Andrew Sterett (the "Estate"), a probate estate pending in Kentucky (collectively, the "Sterett Members"). The beneficiaries of the Estate are William L. Sterett, III and Katherine E. Sterett, who are both

residents of Kentucky.

3. Sterett is one of the largest specialized heavy equipment hauling businesses in the Midwest and Southeast regions of the United States.

4. 2G Energy, Inc. ("Defendant") is a Florida corporation with its principal place of business located at 205 Commercial Drive, St. Augustine, St. Johns County, FL 32092.

5. Upon information and belief, Defendant has designated Smith, Gambrell & Russell, LLP as its agent for service of process in the state of Florida at the address of 50 North Laura Street, Suite 2600, Jacksonville, FL 32202, and service of the summons and complaint in this matter can be effectuated at said entity and address.

6. Defendant is in the business of using combined heat and power equipment to generate electricity.

7. Defendant has been a customer of Sterett since approximately 2017, and Defendant has engaged Sterett to transport Defendant's equipment to various locations throughout the United States.

8. This action involves the outstanding balances owed by Defendant to Sterett for three invoices issued for Sterett's transportation of Defendant's equipment consisting of, in part, combined heat and power generators.

9. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000 and the parties are citizens of different states.

10. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) because this Court has personal jurisdiction over the Defendant in this district, in that Defendant resides in this district pursuant to 28 U.S.C. § 1391(c).

**CONTRACT FOR THE NEW YORK JOB**

11. Sterett restates and re-alleges the paragraphs above as if fully set forth herein.

12. On or about December 12, 2019, Defendant executed a Proposal for Services with Sterett for Sterett's transportation of two of Defendant's generators from Saint Augustine, Florida to Northport, New York (the "NY Job"). A true and accurate copy of the signed Proposal for Services is attached hereto as Exhibit 1 (the "NY Contract").

13. Sterett delivered the generators to Northport, New York as specified in the NY Contract, and Sterett thereby substantially performed its obligations owed to Defendant under the NY Contract.

14. As a result of performing its obligations under the NY Contract, Sterett issued Invoice number 43461, dated January 6, 2020, in the amount of $138,880.70 to Defendant (the "NY Invoice"). A redacted, but otherwise true and accurate copy of the NY Invoice is attached hereto as Exhibit 2.

**CONTRACT FOR THE CALIFORNIA JOB**

15. Sterett restates and re-alleges the paragraphs above as if fully set forth herein.

16. On or about January 13, 2020, Defendant executed a Quote issued by Sterett for Sterett's transportation of Defendant's equipment from Saint Augustine, Florida to Bloomington, California (the "CA Job"). A redacted, but otherwise true and accurate copy of the signed Quote is attached hereto as Exhibit 3 (the "CA Contract").

17. Sterett delivered the equipment to Bloomington, California as specified in the CA Contract, and Sterett thereby substantially performed its obligations owed to Defendant under the CA Contract.

18. As a result of performing its obligations under the CA Contract, Sterett issued

Invoice number 43692, dated February 7, 2020, in the amount of $60,000.00 and Invoice number 43693, also dated February 7, 2020, in the amount of $30,500.00 to Defendant (collectively, the "CA Invoices"). Redacted, but otherwise true and accurate copy of the CA Invoices are attached hereto as Exhibit 4.

## COUNT ONE – BREACH OF THE NY CONTRACT

19. Sterett restates and re-alleges the paragraphs above as if fully set forth herein.

20. On March 4, 2020, Sterett contacted Defendant by email regarding the status of Defendant's payment for the unpaid NY Invoice and CA Invoices.

21. On or about March 6, 2020, Defendant responded to Sterett by email indicating that it believed that it had paid the NY Invoice by wiring the amount of $138,880.70 pursuant to wiring instructions that Defendant received by email on February 19, 2020.

22. On or about March 9, 2020, Defendant discovered that the above February 19, 2020 email it received was actually a fraudulent email sent by an unknown third party (the "Fraudulent Email").

23. On March 9, 2020, Defendant's employee, Jean Hillery, sent an email to Sterett (the "March 9th Email") indicating that the original and correct email domain name of a Sterett employee's email, being "steretheavyhauling.com", was changed to "@sterettcrone.com" in the Fraudulent Email.

24. A redacted, but otherwise true and accurate copy of the March 9th Email is attached hereto as Exhibit 5.

25. Ms. Hillery also stated in the March 9th Email that she had not noticed that Ms. Ivey's email address had changed in the Fraudulent Email, and that Defendant would wire the funds owed to Sterett once correct wiring instructions were received.

26. On or about March 27, 2020, Defendant's CEO, Dan Jones, sent a letter to Sterett (the "Jones Letter") stating that Defendant was "the victim of an email phishing scam from persons impersonating Sterett's billing personnel", but that "no further payment is due from [Defendant]" on the NY Invoice.

27. A redacted, but otherwise true and accurate copy of the Jones Email is attached hereto as Exhibit 6.

28. Despite Sterett's demand for payment of the NY Invoice, Defendant continues to refuse and fail to pay Sterett for amounts due under the NY Invoice, which is a breach of its obligations under the NY Contract.

29. Defendant currently owes Sterett on the NY Invoice the sum of $138,880.70, plus interest accruing at the rate of 15% per annum beginning on February 5, 2020 and continuing thereafter and until sums due on the NY Invoice are paid.

## COUNT TWO – BREACH OF THE CA CONTRACT

30. Sterett restates and re-alleges the paragraphs above as if fully set forth herein.

31. On March 4, 2020, Sterett contacted Defendant by email regarding the status of Defendant's payment for the NY Invoice and the CA Invoices.

32. On or about March 6, 2020, Defendant responded to Sterett by email indicating that it believed that it had paid the CA Invoice by wiring funds on February 28, 2020 pursuant to wiring instructions that Defendant received in the Fraudulent Email.

33. On or about March 9, 2020, Defendant discovered that the Fraudulent Email was sent by an unknown third party.

34. On March 9, 2020, Defendant's representative, Jean Hillery, sent the March 9th Email to Sterett indicating that the original and correct email domain name of a Sterett employee's

email, being "steretheavyhauling.com", was changed to "@sterettcrone.com" in the Fraudulent Email.

35. Ms. Hillery also stated in the March 9th Email that she had not noticed that Ms. Ivey's original email address had changed in the Fraudulent Email to a spoofed email address, and that Defendant would wire the funds owed to Sterett once correct wiring instructions were received.

36. On or about March 27, 2020, Defendant's CEO, Dan Jones, sent the Jones Letter stating that it was "the victim of an email phishing scam from persons impersonating Sterett's billing personnel", but that "no further payment is due from [Defendant]" on the CA Invoices.

37. Despite demand for payment of the CA Invoice, Defendant continues to refuse and fail to pay Sterett for amounts due under the CA Invoices, which is a breach of its obligations under the CA Contract.

38. Defendant currently owes Sterett on the CA Invoices the total sum of $90,500.00, plus interest accruing at the rate of 15% per annum beginning on March 8, 2020 and continuing thereafter and until sums due on the CA Invoices are paid.

**WHEREFORE,** the Sterett Heavy Hauling, LLC prays as follows:

1. For Judgment against the Defendant, 2G Energy, Inc. on Count One, for the amount of $138,880.70, plus interest accruing at the rate of 15% per annum beginning on February 5, 2020 and continuing thereafter and until sums due on the NY Invoice are paid;

2. For Judgment against the Defendant 2G Energy, Inc. on Count Two, for the amount of $90,500.00, plus interest accruing at the rate of 15% per annum beginning on March 8, 2020 and continuing thereafter and until sums due on the CA Invoices are paid.

3. For Judgment against the Defendant 2G Energy, Inc. for its court costs and

attorney's fees;

6. For any and other relief to which Plaintiff may appear entitled.

Respectfully submitted,

OF COUNSEL:

   */s/ Patricia L. Hill*

GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH   45202-4060
Phone: (513) 621-6464
Fax:    (513) 651-3836

Patricia L. Hill   (FBN   0069068)
Nathan L. Swehla (pro hac vice request submitted)
*Attorneys for Plaintiff*
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 629-2757
Fax:    (513) 651-3836
E-mail: phill@graydon.law
        nswehla@graydon.law

11348269.1